IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
        v.                 )        No. 6:25-CR-03114-MDH-01
                           )
                           )
JESSE ROLAND MILLS,        )
                           )
                           )
            Defendant.     )


ORDER APPOINTING COUNSEL

The United States Magistrate Judge finds that the defendant is financially unable to retain

counsel and defendant not having waived counsel, it is

ORDERED that Laine Cardarella, Federal Public Defender, and all her assistant public

defenders-, 901 East St. Louis Street, Suite 801, Springfield, Missouri, telephone number (417)

873-9022, be and are hereby appointed to represent the defendant before the Court and in all

proceedings unless and until relieved by order of the United States District Court for the Western

District of Missouri. Furthermore, counsel is directed to assist defendant with completing a

financial affidavit to be filed electronically in CM/ECF.


*Willie J. Epps, Jr.*

Willie J. Epps, Jr.
Chief United States Magistrate Judge

July 28, 2025
Jefferson City, Missouri