*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**                    **Date:**        **August 1, 2025**

**vs.**                                                                    **Case No.:25-03114-01-CR-S-MDH**

**JESSE ROLAND MILLS**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:   Detention Hearing**

**Time Commenced:  1:51 p.m.**                         **Time Terminated:  2:01 p.m.**

---

### APPEARANCES

**Plaintiff:**     **Christine Schlegl, AUSA**
**Defendant:**   **Celeste Johns, FPD**
**USPPTS:**     **Elizabeth Dempsey**

---

**Proceedings:**  Parties appear as indicated above.  Defendant appears in person.

The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 4). Arguments made regarding Defendant's custody. The Court takes matter of detention under advisement.

Defendant in custody.

---

**Courtroom Deputy/ERO:  Karla Berziel**